# Exhibit 2

screenshot-bodybybtl.com-2021.06.04-16_05_13
https://bodybybtl.com/solutions/emsculpt/
04.06.2021



6/4/2021
Case: 1:21-cv-03630 Document #: 1-2 Filed: 07/09/21 Page 3 of 5 PageID #:33
Emsculpt – beeautifulyou.com





## What is EMSCULPT

EMSCULPT is the first device to build muscle and sculpt your body. Through the high intensity electromagnetic therapy procedure one can enlarge current muscles, as well as grow new muscle fibers. The Emsculpt procedure is currently FDA cleared to treat your abdominals, buttocks, arms, calves and thighs. A great non-surgical alternative to the brazilian butt lift.

## How Does EMSCULPT work?

EMSCULPT is based on high-intensity focused electromagnetic energy. A single EMSCULPT session causes thousands of powerful muscle contractions which are extremely important in improving the tone and strength of your muscles.

These powerful induced muscle contractions not achievable through voluntary contractions. The muscle tissue is forced to adapt to such extreme condition. It responds with a deep remodeling of its inner structure that results in **muscle building and sculpting your body**.



EMSCULPT: SUPRAMAXIMAL MUSCLE CONTRACTIONS



## The Sculpting Essentials

### Large Applicator



BUILD MUSCLES AND SCULPT YOUR BODY

Time and proper form are key to building muscle and strength. Due to design and functionality, the Emsculpt large applicators are not dependent upon your form. Lay there and benefit from thousands of muscle contractions inducing muscle hypertrophy and hyperplasia.

### Small Applicator



BECAUSE NOT ALL MUSCLES ARE CREATED EQUAL

Trainers and bodybuilders ranked the hardest muscles to build and tone and arms and calves ranked number 6 and 1 respectively. The Emsculpt small applicators properly activate your muscles motor neurons by delivering 20k contractions and ensure proper form and technique to strengthen, build and tone muscles.

### Chair Applicator



FORM MEETS FUNCTION FOR THE ULTIMATE WELLNESS SOLUTION

CORE TO FLOOR therapy utilizes two HIFEM therapies to strengthen, firm and tone the abdomen and pelvic floor muscles. The result increased muscle hypertrophy and hyperplasia and restoration neomuscular control which can improve strength, balance, and posture, as well as potentially alleviate back discomfort.

## The Science why People are Saying YES to EMSCULPT

Efficacy and safety have been tested in many multicentre studies using the most reputable scientific methods (MRI, CT, US and Histology)

**16%**          **96%**

Average increase in          Average Patient
muscle mass                  Satisfaction

## Real Patients | Real Confidence





## Frequently Asked Questions

– ▼ **What is Body Sculpting?**
Body sculpting, also called body contouring, is used to describe an aesthetic procedure designed to reshape and improve the appearance of your body.

– ▼ **Who Can Benefit from the Emsculpt Body Sculpting Treatment?**
Anyone can benefit from Emsculpt. Ask your provider for more details. Consult with your nearest provider to find out if EMSCULPT is right for you.

– ▼ **What Body Areas can be Treated with Emsculpt?**
The Emsculpt procedure is currently FDA cleared to treat your abdomen, buttocks, arms, calves and thighs.

– ▼ **How Long Does an Emsculpt Treatment Last?**
Each treatment is 30 minutes long with a minimum of 4 sessions scheduled 2-3 days apart. Your provider will help you create a treatment plan tailored to your specific goals.

– ▼ **What Does an Emsculpt Treatment Feel Like?**
The EMSCULPT procedure feels like an intensive workout. You can lay down and relax during the treatment.



**In Search Of Strength Or More Muscle?**



**Regardless of age, muscles** are vital to your overall health. Muscles comprise 35% of your body and allow for movement, balance, physical strength, organ function, skin integrity, immunity and wound healing.

 FIND A PROVIDER

Solutions     Media     Events     Contact     About     The SYS Tour     #EmsculptWeek

**US FDA clearances:**

Emsculpt Neo® is intended for non-invasive lipolysis (breakdown of fat) of the abdomen and thighs and reduction in circumference of the abdomen and thighs with Skin Type I to Skin Type II. Emsculpt Neo® is also cleared for improvement of abdominal tone, strengthening of the abdominal muscles and development of firmer abdomen. Strengthening, toning, firming of buttocks, thighs, and calves. Improvement of muscle tone and firmness, for strengthening muscles in arms. 1Abdominal toning and reduction of subcutaneous fat with combination of novel radiofrequency treatment and HIFEM procedure – MRI scan study. Jacob C. et al. Presented at ASDS 2020 Virtual Meeting. 2Radiofrequency heating and HIFEM delivered simultaneously – the first sham-controlled randomized trial. Katz B. et al. Presented at ASDS 2020 Virtual Meeting. 3Ultrasound evaluation of the simultaneous RF and HIFEM treatments on human fat tissue. DeNova R. Source: U.S. Food and Drug Administration. 510(k) Premarket Notification: K192224. Published online on September 5, 2019. 4Halaas Y, Duncan D, Bernardy J, Ondrackova P, Dinev I. Activation of Skeletal Muscle Satellite Cells by a Device Simultaneously Applying High-Intensity Focused Electromagnetic Technology and Novel RF Technology: Fluorescent Microscopy Facilitated Detection of NCAM/CD56. Aesthet Surg J. 2021.

Emsculpt® is intended for improvement of abdominal tone, strengthening of the abdominal muscles, development of firmer abdomen. Strengthening, toning and firming of buttocks, thighs, and calves. Improvement of muscle tone and firmness, for strengthening muscles in arms.

Emtone™ is intended to provide heating for the purpose of elevating tissue temperature for selected medical conditions such as temporary relief of pain, muscle spasms, and increase in local circulation. EMTONE massage device is intended to provide a temporary reduction in the appearance of cellulite.

Exilis Ultra 360™ is intended for use in non-invasive dermatologic and general surgical procedures for non-invasive treatment of wrinkles and rhytids, to provide a temporary

reduction in the appearance of cellulite, and to provide heating for the purpose of elevating tissue temperature for selected medical conditions such as temporary relief of pain and increase in local circulation.

BTL Emsella® is intended to provide entirely non-invasive electromagnetic stimulation of pelvic floor musculature for the purpose of rehabilitation of weak pelvic muscles and restoration of neuromuscular control for the treatment of male and female urinary incontinence.

BTL Vanquish ME™ is indicated for temporary reduction in the circumference of the abdomen and thighs.

BTL®, EMSCULPT NEO®, EMSCULPT®, EMSELLA®, Exilis®, HIFEM®, Vanquish® are registered trademarks in the United States of America, the European Union and/or other countries. Trademarks EMSCULPT NEO®, EMSCULPT®, EMSELLA®, EMTONE.™, LM® and HIFEM® are parts of EM Family of products.

* Data on File

** Results and patient experience may vary.
As with any medical procedure, ask your doctor if the procedure is right for you. Patient names have been changed for their privacy.

These products, the methods of manufacture or the use may be subject to one or more U.S. or foreign patents or pending applications. For more information click here.

© 2021 BTL INDUSTRIES Inc. | info@btlnet.com | Terms of use | Privacy Statement | GDPR | EUA

