# Exhibit 3

Holden
TIMELESS
BEAUTY

EMSCULPT

# How Does EMSCULPT Work? Your EMSCULPT Questions Answered

Body Sculpting

You've probably seen all the "before and after" pictures and heard the testimonials.

And, if you've ever undergone any aesthetic procedures or considered body contouring, you've probably thought about it in passing.

Yes, EMSCULPT is gaining in popularity as a pain-free method for fat-burning and muscle-building—most commonly in the buttocks/glutes and abs.

But, like most trends, not all the CORRECT answers are readily available. If you're thinking about the procedure, you're probably looking for a few more concrete facts about EMSCULPT before your first consultation with a practitioner.

So, we're providing some in-depth answers to some of the most frequently asked questions about EMSCULPT.

Read below, and learn some valuable information that will help you decide whether this non-invasive procedure is for you:

## CAN YOU DEFINE EMSCULPT?

***Of course!***

First and foremost, it's important to point out that EMSCULPT is a device. In fact, it's a state-of-the-art body contouring machine that's unparalleled in the industry when it comes to burning fat and building muscle mass.

EMSCULPT is something of a pioneer or trailblazer throughout the aesthetic enhancement world. It was the first fat-burning and muscle-burning energy device to be approved by the FDA.

What else? EMSCULPT is non-invasive and won't produce any amount of pain.

There's no surgery involved, meaning you won't have to miss days of work or

spend time in bed or covered in bandages.

This impressive piece of technology does more than any gym or personal trainer can do for your body.

All the crunches in the world won't equal the level of muscle-contraction that can be achieved through the EMSCULPT. This seamless body-contouring procedure offers superior muscle-toning and fat metabolism, more than the most advanced physical fitness regime imaginable.

And we aren't making this up: 7 clinical studies offer indisputable evidence of fat-loss and enhanced muscle-definition in the buttocks and abs after 4 total treatments.

## WHAT DOES EMSCULPT DO TO MY BODY?

To really delve into this answer, we need to explore the nature of a 'supramaximal' muscle contraction:

This ultra-intense contraction is why one EMSCULPT treatment equates to around 20,000 squats or sit-ups. It fine-tunes, tones, and defines your muscles in the most efficient, pain-free manner. Such an outcome is otherwise unobtainable, even after enduring the most rigorous exercise.

These optimized contractions are induced through a technology known as HIFEM: High Intensity, Focused Electro-Magnetic energy.

With such an abundance of magnetic energy, it's no wonder that the contractions are focused enough to trigger lipolysis, causing

increased fat metabolism.

It's the science and various mechanisms involved that ensure leaner and more toned areas surrounding your abdominal and buttocks, all without the need to go under the knife.

## WHAT EVIDENCE IS THERE THAT EMSCULPT WORKS?

We could scream to the skies about the pinpoint effectiveness and pain-free nature of EMSCULPT treatments. However, it all pales in comparison to scientific evidence.

Over 200 patients participated in 7 different studies focusing squarely on EMSCULPT's impact on the abdomen and buttock regions. This research was performed by BTL, the manufacturer of the state-of-the-art body-contouring device.

Via CT scans and MRI studies, BTL used these imaging mechanisms to measure fat, while also using 'before and after' photos as reference points. Furthermore, pre-and-post-treatment waistline measurements were taken into consideration.

The results generated a series of averages which served to highlight the effectiveness of EMSCULPT.

Through these pain-free, supramaximal-contraction-based treatments, test subjects – on average – saw their fat reduced by 19% and a 1.5-inch decrease in their waistline. Plus, the added muscle mass was exponential at 16%, which was complemented by abdominal muscle separation reducing by 11%.

As if the above evidence wasn't all the proof you needed, there was a 5-times increase in fat metabolism. And, 80% of test subjects saw their buttocks lift visibly.

Most pressingly of all the stats, 96% of patients engaged with BTL's study said they were satisfied.

BUILD MUSCLE

& BURN FAT

NON-INVASIVE

BUTTOCK LIFTING

TESTED BY

PROFESSIONALS

NO SURGERY

& NO ANESTHESIA

› REQUEST A BODY SCULPTING CONSULTATION

## IF I CHOOSE THIS, HOW MANY TIMES WILL I NEED EMSCULPT TREATMENTS?

The recommended treatment regimen to achieve the best results as recommended by BTL is 4 30-minute treatments. It generally spans over 2 weeks (meaning there are 2 treatments per week over that period).

Afterward, this initial cycle is frequently followed up with a maintenance treatment every 3-6 months.

## WILL I FEEL PAIN DURING EMSCULPT TREATMENTS?

There's absolutely no doubt that you'll feel something during an EMSCULPT treatment.

However, you won't feel any pain.

It's more akin to a hyper-tingly, extremely powerful vibration.

The thinner you are, the more you'll feel the intensity of the sensation—and it might cause you to feel zapped of energy.

Interestingly, perhaps because the vibrations are so intense, there's something of a tickling sensation that causes patients to laugh. However, as the minutes tick away, your body and muscles adjust to the flow of the supramaximal contractions.

Despite that initial adjustment period, at no point will EMSCULPT feel even slightly intolerable, as your operator will adjust the intensity to your specific needs.

## AM I THE IDEAL PATIENT FOR EMSCULPT?

Bear with us for one moment before we directly answer this question:

It's important to point out that you don't HAVE to be in optimal physical condition to see results from EMSCULPT.

However, just because you'll see results without being in good shape, it doesn't necessarily make you ideal for these procedures.

More specifically, the most ideal candidates for EMSCULPT are in peak physical condition, and they're looking to fine-tune the hard work they've already put in.

You'll see the best results if you're putting in time at the gym, yet all your crunches and cardio have not yet generated a six-pack and an eye-catching buttocks/gluteal region.

## IS EMSCULPT ONLY FOR THE BUTTOCKS AND ABS?

No. It has also received FDA-approval to strengthen, firm and tone the arms and calves. The treatments of the arms and legs are also backed by clinical studies and show great results in patients treated.

A smaller applicator is used for these treatments than is used for the buttocks and abs.

Some practitioners even use EMSCULPT for areas like the upper legs although there has not been a specific applicator developed for this region yet.

## HOW WILL I FEEL AFTER EMSCULPT TREATMENTS?

We'd be lying if we said something with the power of 20,000 squats and crunches didn't make you feel anything.

But the mild muscle soreness and stiffness (similar to what you'd feel post-workout) is as intense as the side effects get.

You will definitely feel stronger and know that EMSCULPT is working.

## HOW LONG WILL IT TAKE TO SEE VISIBLE RESULTS AFTER EMSCULPT TREATMENTS?

According to most patients, you'll be able to see results after approximately 2 – 4 weeks from your final EMSCULPT session. You'll then continue to notice enhancements in your appearance as weeks go by.

Plus, you'll feel results immediately following your treatments.

The results continue to improve in the 3-6 months following a 4-session treatment in the abs as the body clears away dead fat cells over time.

## WILL THE RESULTS FROM EMSCULPT BE PERMANENT?

The answer to this question is both 'yes' and 'no.'

Here's how we can answer 'yes' to the question:

With EMSCULPT's proven ability to increase metabolism and kill a certain percentage of fat cells, the elimination of fat cells is permanent. Alternatively, you must consider the remaining fat cells that will expand in the case of weight gain.

Here's how we can answer 'no' to the question:

While the increase in muscle mass will last about a year, it is still technically not permanent if you do not continue a good workout regimen. What helps with this is completing a "maintenance session" after the initial full treatment package. Following up your initial treatment of EMSCULPT with a maintenance session every 3 – 6 months will help maintain the gains in muscle-tone for much longer.

Also, it's worth noting that a commitment to physical fitness and wellness will further maintain the results from your EMSCULPT treatments.

## ARE THERE ANY MORE AFFORDABLE, SIMILAR ALTERNATIVE TECHNOLOGIES TO EMSCULPT?

Currently, such as when anything is successful, imitators to EMSCULPT are being developed, ready to reach the US market.

More specifically, devices such as Allergan's CoolTone and Cutera's TruSculpt are expected to try to stake their claim in the muscle-

contouring game.

Unfortunately for these devices, there's a distinct lack of clinical studies proving their validity and safety.

Conversely, EMSCULPT has been subject to an array of clinical studies that have proven – without question – that it's both 100% safe and effective. BTL, the manufacturer of this revolutionary muscle-contouring device, applied tissue biopsies, ultrasounds, MRIs, and CT imaging to the many image-based tests.

The results clearly show muscle growth and a definite increase in muscle fibers. Furthermore, there were substantially decreased fat levels after test subjects were treated with EMSCULPT.

## WHY SHOULD I CHOOSE HOLDEN TIMELESS BEAUTY FOR MY EMSCULPT TREATMENTS?

Dr. Amanda Holden and her dedicated team take a patient-first approach. They go out of their way to make sure you get your desired results.

In fact, the primary goal at Holden Timeless Beauty is ensuring that each patient feels well-educated and 100% at ease with their enhancement plan.

6/25/2021 How Does EMSCULPT Work? Your EMSCULPT Questions Answered - HOLDEN TIMELESS BEAUTY

## HOW MUCH DO EMSCULPT TREATMENTS COST?

The cost of EMSCULPT treatments varies depending on what area is being treated and any given patient's needs.

If you want to find out more about cost, contact us to organize your individual consultation. This will provide a more accurate picture of what you'll pay for treatments.

FOR A LIMITED TIME

$500 OFF

EMSCULPT TREATMENTS

https://holdentimelessbeauty.com/2020/04/how-does-emsculpt-work-your-emsculpt-questions-answered/ 14/17

6/25/2021 How Does EMSCULPT Work? Your EMSCULPT Questions Answered - HOLDEN TIMELESS BEAUTY
Case: 1:21-cv-03630 Document #: 1-3 Filed: 07/09/21 Page 16 of 18 PageID #:51

## ABS

- twice a week for 2 weeks
- four sessions, 30 minutes each

## BUTT LIFT

- twice a week for 2 weeks
- four sessions, 30 minutes each

## ARMS

https://holdentimelessbeauty.com/2020/04/how-does-emsculpt-work-your-emsculpt-questions-answered/ 15/17

- twice a week for 2 weeks
- four sessions, 40 minutes each

CLAIM MY OFFER

← Previous Post

Next Post →

CALL (760) 274-3160

BOOK NOW

ABOUT US

Our Team

Find A Location

Mobile Events

Blog

Financing

Privacy Policy

Cancellation & No Show Policy

SERVICES

Lip Pop

6/25/2021 How Does EMSCULPT Work? Your EMSCULPT Questions Answered - HOLDEN TIMELESS BEAUTY
Case: 1:21-cv-03630 Document #: 1-3 Filed: 07/09/21 Page 18 of 18 PageID #:53

Lip Flip
Botox
Dermal Fillers
Liquid Liposuction - Kybella
EMSculpt
Chemical Peels
Microneedling
HydraFacial
Lash Volumizer (Latisse)
Appetite Suppresants
Botox for Men
GET SOCIAL

© 2020 HOLDEN TIMELESS BEAUTY. All Rights Reserved.

https://holdentimelessbeauty.com/2020/04/how-does-emsculpt-work-your-emsculpt-questions-answered/ 17/17