# Exhibit 4





# Why Is Emsculpt a Breakthrough in Non-Invasive Body Shaping?

Home | All Posts | ... |
Why Is Emsculpt a Breakthrough in Non-Invasive...



BLOG

📅 SEPTEMBER 25, 2018  |  BY DCDERMDOCS

💬 0   |   ♡ 0

Emsculpt is a breakthrough in non-invasive body shaping because it's the first FDA-approved treatment that simultaneously burns fat and builds muscle.

It also has the distinction of being the world's only non-invasive butt lift.

Plus, Emsculpt can help patients get a slimmer and more toned abdomen and tighter and firmer buttocks without pain or downtime. In fact, each session takes only 30 minutes and can be completed over your lunch break.

If you want to take your body to the next level and finally achieve a defined physique, Emsculpt may be right for you. Keep reading to learn all about Emsculpt.

## Why Is Emsculpt a Breakthrough in Non-Invasive Body Contouring?

Unlike other body contouring treatments that only target fat, Emsculpt reduces fat and increases muscle. It does so using high-intensity focused electromagnetic (HIFEM) technology that's transmitted by two panels in the device's applicator.

This energy penetrates skin and acts on fat and muscle tissue through a series of 20,000 supramaximal contractions. These contractions are so powerful that they increase fat metabolism and muscle growth.

# Who's a Good Candidate for Emsculpt?

Emsculpt is an excellent treatment option for anyone that wants to eliminate unwanted fat, add definition, and lift their buttocks. It works especially well for individuals that are active with trouble spots that are resistant to diet and exercise.

# What Does the Treatment Feel Like?

Most patients do not feel much of anything during a 30-minute Emsculpt session. They often liken the treatment to a vigorous workout, except that they recline and relax while the device does the equivalent of 20,000 crunches or squats.

# Is There Any Downtime After Emsculpt?

There is absolutely no downtime associated with Emsculpt, and you can return to work and resume all normal activities immediately.

# Does Emsculpt Really Work?

Emsculpt's efficacy was evaluated in seven independent clinical studies, and data analysis revealed that after 4 treatments patients experienced:

- 19% average decrease in subcutaneous fat
- 16% average increase in muscle mass
- 11% average improvement in diastasis recti
- 96% average patient satisfaction

# How Long Before Patients See Results?

Two-to-four weeks after a series of 4 Emsculpt sessions, patients begin to note toning and tightening of the abdomen and buttocks. Results peak at three months, but may continue to improve for up to 6 months.

For additional information about non-invasive body contouring with Emsculpt in Washington DC, please call the DC Derm Docs office today to schedule a consultation.

SHARE:

---

Leave a comment

Your Name *

Your E-mail *

Your comment *

LEAVE A COMMENT

Copyright © 2020 | DC Derm Docs | All Rights Reserved