# Exhibit 6

# Health Life Magazine



LIFESTYLE, MEDICAL, PHYSICAL, WELLNESS

## EmSculpt Changing the Rules

Every so often, something comes along and changes all the rules. Think iPhone or Botox. Now, think EmSculpt. EmSculpt is a revolutionary advance in non-surgical body contouring, and it is the only device that builds muscle and burns fat. It uses high intensity focused electromagnetic energy (HIFEM®) to cause 20,000 supra-maximal contractions during each 30-minute treatment session. EmSculpt generates 2.5 Tesla of energy, stimulating the entire muscle group to fire at the same time and harder and longer than the muscles can contract in real life. This causes muscle growth faster than what one could achieve through physical activity alone. Imagine gaining the effect of 20,000 perfect crunches without the pain or time required in the gym. Four treatments spaced at least two days apart over a total of two weeks are needed for results.

In studies using ultrasound, CT, and MRI, patients saw a 16 percent increase in muscle hypertrophy (growth) six weeks after a treatment series and 20 percent improvement six months after treatment. This coincided with patient reports of improved functional core strength and easier workouts in the gym. Pregnancy can often lead to a separation of the abdominal muscles called diastasis recti. EmSculpt improved this separation by 11 percent in study patients.

An additional and unexpected side effect of the muscle gain in the abdomen was permanent fat loss of 18.6 percent and 23 per- cent at six weeks and six months, respectively. This fat loss occurs because the supramaximal contractions cause an excess release of free fatty acids from the muscle. These FFAs are toxic to the surrounding adipocytes (fat cells) and result in programmed cell death and subsequent fat elimination.

In addition to the obvious aesthetic benefits of building muscle and burning fat, I am particularly excited about the functional improvements that both our patients and those in studies report. We know that muscle shrinkage (atrophy) and the resulting declines in strength are hallmarks of aging. EmSculpt could help combat this by addressing the muscle loss directly. All study patients improved whether or not they were physically active, so both gym rats looking for a chiseled, "cut" look and those who are looking to jump start their fitness routines can benefit. It can also help you push through a plateau to reach a new level of fitness.

EmSculpt is FDA-cleared for stimulating muscle growth in the abdomen and non-invasive buttock lifting and toning of gluteal muscles, but we have also used it "off-label" to build strength in the quadriceps (thighs) and calves.

It should not be used by women who are pregnant or nursing, patients with atrial fibrillation, pacemakers or defibrillators, or those with metal implants in the treatment area. The HIFEM penetrates seven centimeters, so if there is more fat than that above the muscle, then either weight loss or truSculpt 3D treatment will be required prior to EmSculpt. The treatments are painless, do not emit radiation or ionizing energy, and are safe. It also works; 97 percent of Real Self users rated it "worth it!"

We are the only practice between Macon and Jacksonville that has this cutting-edge technology, and we are excited to share it with you at Thacker Dermatology. Call 229-469-4383 to schedule your consultation today and ask about our in-house financing options.

Written by: Betsy Perry Thacker, MD

Images courtesy of Chris Bailey, Ovation Med Spa


**HEALTH LIFENOVEMBER 23, 2018**

