# Exhibit 13

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*
United States Register of Copyrights and Director



**Registration Number**
**TXu 2-227-301**
**Effective Date of Registration:**
October 16, 2020
**Registration Decision Date:**
November 17, 2020

## Copyright Registration for a Group of Unpublished Works
Registration issued pursuant to 37 C.F.R. § 202.4(c)

### Title

| | |
|---|---|
| **Title of Group:** | EMSCULPT NEO – The One In Body Shaping (Brochure 1) and 2 Other Unpublished Works |
| **Content Title:** | EMSCULPT NEO – The One In Body Shaping (Brochure 1) |
| | EMSCULPT NEO – The One In Body Shaping (Brochure 2) |
| | EMSCULPT NEO – The One In Body Shaping (Brochure 3) |

### Completion/Publication
**Year of Completion:** 2020

### Author

- **Author:** BTL Medical Technologies s.r.o.
  **Author Created:** Literary Works
  **Work made for hire:** Yes
  **Domiciled in:** Czech Republic

### Copyright Claimant
**Copyright Claimant:** BTL Medical Technologies s.r.o.
Evropska 423/178, 6-Vokovice, Prague, 160 00

### Limitation of copyright claim
**Material excluded from this claim:** Stock images of fit male and fit female on black background.

### Rights and Permissions
**Organization Name:** Sterne, Kessler, Goldstein & Fox P.L.L.C.

Name: Monica Riva Talley
Email: mtalley@sternekessler.com
Telephone: (202)371-2600
Address: 1100 New York Avenue, NW
Suite 600
Washington, DC 20005 United States

## Certification

Name: Monica Riva Talley, Authorized agent
Date: October 16, 2020
Applicant's Tracking Number: 5387.029CPY0

---

Copyright Office notes: Regarding group registration: A group of unpublished works may be registered in the same administrative class under 202.4(c) if the following requirements have been met: 1) All the works must be unpublished; 2) the group may include up to ten works; 3) a title must be provided for each work; 4) all the works must be created by the same author or the same joint authors; 5) the authorship claimed in each work must be the same; and 6) the author and claimant for each work must be the same person or organization.