# Exhibit 14

screenshot-pinkypromisebeauty.net-2021.07.02-14_37_58
https://pinkypromisebeauty.net/muscle-building
02.07.2021

