# Exhibit 15





### Customers also viewed in Weight Loss

1 of 2


**Pinky Promise Beauty**
Logan Square, Chicago
4.8 ★★★★★ 108 Ratings
~~$1,198~~ ~~$359~~
**$333.50** Limited Time
Cryolipolysis Fat-Freezing


**Midwest Express Clinic**
Sunrise Senior Living of Lincoln Park, ...
4.6 ★★★★★ 219 Ratings
~~$35~~ ~~$10~~ **$8** Limited Time
B-12 and Lipo Injections


**Karyn's Inner Beauty**
Near North, Chicago
4.8 ★★★★★ 597 Ratings
~~$1,600~~ ~~$120~~ **$96** Limited Time
Laser Lipo and Facials


**Skinovatio - Chicago**
Chicago
4.4 ★★★★★ 1433 Ratings
~~$800~~ **$135**
iLipo Laser Fat Reduction



**Company**
About Groupon
Jobs
Press
Investor Relations
Management Team
In Your Community

**Work with Groupon**
Join the Groupon Marketplace
Run a Groupon Campaign
Learn About Groupon Merchant
Affiliate Program
Vendor Code of Conduct

**More**
Customer Support
Refund Policies
FAQ
Coupon Codes
Gift Cards
Gift Shop
Students
Report Infringement

**Groupon Sites**
USA

**Follow Us**

**Incredible Deals on Local Experiences**
Black Friday Deals | Christmas Gifts | Gifts for Moms | Harry Potter Gifts | Things to Do | Kids Activities | Nightlife | Restaurants | Spas | Massages | Hair Salons | Travel

**GROUPON** Guide for Coupons Blog

© 2021 Groupon, Inc. All Rights Reserved. Terms of Use Privacy Statement Licenses Accessibility Do Not Sell My Personal Information

Live Chat